USDC SCAN INDEX SHEET

















```
R1R     5/10/05    9:22
3:03-CR-02659   USA V. O'KEEFE
*58*
*CRINFOSPS.*
```

FILED

MAY - 9 2005

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2004 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03CR2659R |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | 2nd (superseding) |
| v. | ) | Title 18, U.S.C., Sec. |
| BRETT EDWARD O'KEEFE, | ) | 1030(a)(2)(B) - Obtaining Information Without Authorization From a Computer of a Department or Agency of the United States; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Misdemeanor) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about August, 2002, in the Southern District of California, defendant BRETT EDWARD O'KEEFE did intentionally access or cause to be accessed without authorization and exceed authorized access and thereby obtained information from a computer of a Department or Agency of the United States, to wit, United States Army; in violation of Title 18, United States Code, Sections 1030(a)(2)(B), and Title 18, United States Code, Section 2.

DATED: May 9, 2005.

CAROL C. LAM
United States Attorney

JOHN N. PARMLEY
Assistant U.S. Attorney

58