USDC SCAN INDEX SHEET

















```
R1R     8/4/05    9:17
3:03-CR-02659   USA V. O'KEEFE
*65*
*CRJGMCOMI.*
```

☐ AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

05 AUG -3 PM 2:46

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| BRETT EDWARD O'KEEFE (1) | Case Number: 2003CR2659-R |
| | Federal Defenders, Inc., by Matthew Winter & Holly Sullivan |
| | Defendant's Attorney |

**REGISTRATION NO.** 89131198

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)  ONE OF THE FIRST SUPERSEDING INFORMATION

☐ was found guilty on count(s)
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1030(a)(2)(B) AND 18 USC 2 | OBTAINING INFORMATION WITHOUT AUTHORIZATION FROM A COMPUTER OF A DEPARTMENT OR AGENCY OF THE UNITED STATES; AIDING AND ABETTING (MISDEMEANOR) | SS1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☒ Count(s)  (UNDERLYING INDICTMENTS)  is ☐ are ☒ dismissed on the motion of the United States.

☒ Assessment : $ 25.00
☒ Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

AUGUST 1, 2005
Date of Imposition of Sentence

HONORABLE JOHN S. RHOADES
UNITED STATES DISTRICT JUDGE

Entered Date: 8/4/05

2003CR2659-R

65

AO 245B     (Rev. 9/00) Judgment in a Criminal Case
               Sheet 4—Probation

Judgment—Page __2__ of __3__

DEFENDANT: BRETT EDWARD O'KEEFE (1)
CASE NUMBER: 2003CR2659-R

## PROBATION

The defendant is hereby sentenced to probation for a term of:
    TWO (2) YEARS.

### MANDATORY CONDITIONS

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

☐      The above drug testing condition is suspended, based on the court's determination that the defendant poses a low future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

2003CR2659-R

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 4 — Continued 2 — Probation

Judgment—Page __3__ of __3__

DEFENDANT: BRETT EDWARD O'KEEFE (1)
CASE NUMBER: 2003CR2659-R

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to Mexico, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Defendant shall sign any releases necessary to permit doctor to talk to probation officer.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[x] Not engage in the employment or profession of computer security investigations.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[x] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[x] Complete  100  hours of community service in a program approved by the probation officer within

[x] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of 60 days.

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of _____ commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or underegoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[ ] The defendant shall participate for a period of _____ in a home detention program which includes electronic monitoring and shall observe all rules of such program, as directed by the probation officer. The defendant shall pay the costs of electronic monitoring to the contract vendor, not to exceed the sum of $_____ for each day of participation in the electronic monitoring program. The defendant shall provide proof of payment as directed by the probation officer.

2003CR2659-R